### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAVID THIBADEAU,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:24-CV-02149-EFM-BGS |
| | ) |
| **OPTIV SECURITY, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

### JOINT NOTICE OF MEDIATION

Pursuant to the Scheduling Order (Doc. 12), the parties jointly submit this mediation notice. The parties have agreed that mediation will be conducted by Joe Eischens. Mr. Eischens' contact information is joe@evmediations.com, 816-945-6393. The mediation is scheduled for September 16, 2024, beginning at 9:30 a.m. via Zoom.

Respectfully submitted,

| | |
|---|---|
| CORNERSTONE LAW FIRM | POLSINELLI PC |
| | |
| By: /s/ *Joshua P. Wunderlich* | By: /s/ *Robert J. Hingula* |
| Joshua P. Wunderlich (D.Kan. #78506) | ROBERT J. HINGULA (#22203) |
| 5821 N.W. 72nd Street | ISAAC T. CAVERLY (D. Kan. # 78968) |
| Kansas City, MO 64151 | 900 W. 48th Place, Suite 900 |
| 816-581-4040 | Kansas City, Missouri 64112 |
| Fax: 816-741-8889 | (816) 753-1000 |
| j.wunderlich@cornerstonefirm.com | Fax: (816) 753-1536 |
| | rhingula@polsinelli.com |
| ATTORNEYS FOR PLAINTIFF | icaverly@polsinelli.com |
| | |
| | ATTORNEYS FOR DEFENDANT |

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by (__) United States Mail, postage prepaid; ( x  ) ECF Notification System; and/or (____) E-mail this 15th day of August, 2024, to:

    Joshua P. Wunderlich, Esq.
    Cornerstone Law Firm
    5821 N.W. 72nd Street
    Kansas City, MO  64151
    816-581-4040
    Fax:  816-741-8889
    j.wunderlich@cornerstonefirm.com

    ATTORNEYS FOR PLAINTIFF
    DAVID THIBADEAU

                                                /s/ *Robert J. Hingula*

2

97102078.1